**Order entered July 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01139-CR

**KENNETH PAUL LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80746-2011**

## ORDER

At the conclusion of the July 24, 2013 sentencing hearing in a companion case, 05-13-01138-CR, the trial court noted that sentencing and conditions of punishment would be continued in the above case until another day. The trial court's judgment and the docket sheet reflect that a subsequent hearing was conducted on July 26, 2013. The court has not received the reporter's record of the July 26, 2013 hearing.

Accordingly, we **ORDER** Karla Kimbrell, official court reporter of the 380th Judicial District Court to file, within **FIFTEEN DAYS** of the date of this order, the reporter's record of the July 26, 2013 sentencing hearing in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Karla Kimbrell, official court reporter, 380th Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS
JUSTICE